653

No. 41013.—Protests 667345–G, etc., of Saks & Co., Inc., et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel calendars and curling irons chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339.   Abstracts 37730 and 38680 cited. Cocktail shakers and atomizers, plated with silver, were held dutiable at 50 percent under paragraph 339.   United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445), Dow v. United States (id. 282, T. D. 46816), and Rice v. United States (T. D. 49373) cited.

No. 41014.—Protest 370997–G of J. E. Bernard & Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the atomizers in question are similar to those involved in Rice v. United States (T. D. 49373).   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 41015.—Protests 933790–G, etc., of S. H. Kress & Co. et al. (San Francisco, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 6, 1939

No. 41016.—Protest 814154–G of Cosmopolitan Import Co. (New York).

Opinion by CLINE, J.   No evidence was offered in support of the claim made. On the record presented the protest was overruled.

BEFORE THE SECOND DIVISION, APRIL 7, 1939

No. 41017.—Protests 948414–G, etc., of A. W. Faber, Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of pencils stamped with names other than the manufacturers' or the manufacturers' trade name or trade mark the same as those the subject of United States v. Favor (24 C. C. P. A. 399, T. D. 48854).   The claim at 50 cents per gross and 25 percent ad valorem under paragraph 1549 (a) was therefore sustained.

No. 41018.—Protest 960471–G of Lewis & Conger (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel bellows used chiefly for utilitarian purposes in the household were held dutiable at 40 percent under paragraph 339 as claimed.